Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

16 December 2015    33,162-16

RE: Bexar County Court No. 5
Trial Court Case No <u>307125</u>

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 EL Cibolo Rd
Edinburg Tx. 78542

VIA U.S MAIL

Greetings Honorable Clerk
Abel Acosta.

Requesting in Good faith for the status on my filed papers for the above captioned case

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

Thank you
In Hoc

CC: file

Page 1 of 1